

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00086-CV

Octavio Alvarez
v.
Sergio Molina d/b/a Narse Construction

On Appeal from the
County Court at Law No. 7 of Hidalgo County, Texas
Trial Cause No. CL-08-3087-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered to effectuate the parties' settlement agreement. Accordingly, we REVERSE the trial court's judgment, RENDER judgment effectuating the parties' settlement agreement, and DISMISS the appeal. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

August 9, 2018